UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:
FROST, ROY STANLEY, JR.
FROST, MINDY ANN             CASE NO. 09-22921
       Debtor(s)             Chapter 7

NOTICE OF DEPOSIT OF LESS THAN $5.00
TO UNITED STATES BANKRUPTCY COURT
CLERK'S REGISTRY CHECKING ACCOUNT

TO: THE HONORABLE J. PHILLIP KLINGEBERGER:

Comes now Gordon E. Gouveia, Trustee and applies to the Court as follows:

1. I am the Trustee for the estate of the above-named Debtor(s).

2. Pursuant to FRBP 3011, the following creditors are entitled to distribution of less than $5.00 each.

| | |
|---|---|
| Clm No 3 Chase Bank USA, N.A PO Box 15145, Wilmington, DE 19850-5145 | $ 4.96 |
| Clm No 4 Roundup Funding, LLC, MS 550, PO Box 91121, Seattle, WA 98111-9221 | $ 3.84 |
| Clm No 8 Southlake Nautilus Health & Raquet Club, c/o Austgen, Kuiper & Associates, 130 N. Main, Crown Point, IN 46307 | $ 4.98 |
| Clm No 9 Capital Recovery IV LLC, c/o Recovery Mgmt Systems, 25 SE 2nd Ave., Suite 1120, Miami, FL 33131 | $ 4.69 |
| Clam No 10 CCSI,, P. O. Box 10428, Merrillville, IN 46411 | $ 1.74 |

3. Pursuant to FRBP 3010 the distributions shown in paragraph 2 are to be treated in the same manner as unclaimed funds, as provided in 11 U.S.C. §347.

4. Trustee believes it appropriate that the sum(s) set forth in paragraph 2 be paid to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein and accordingly, I am tendering herewith my Check No 111 in the amount of $20.21 , payable to the Clerk, U.S. Bankruptcy Court.

Dated in Merrillville, IN on August 22, 2011

/s/ Gordon E. Gouveia
Gordon E. Gouveia, Trustee
433 W. 84th Drive
Merrillville, IN 46410

## CERTIFICATE OF SERVICE

    I certify that on this date service of a true and complete copy of the foregoing instrument was made on the following persons by electronic filing as shown on the Notice of Electronic Filing or by depositing the same in the United States Mail in a properly addressed and stamped envelope:

  United States Trustee, 100 E. Wayne St., Ste. 555, South Bend, IN 46601
  Chase Bank USA, N.A PO Box 15145, Wilmington, DE 19850-5145
  Roundup Funding, LLC, MS 550, PO Box 91121, Seattle, WA 98111-9221
  Southlake Nautilus Health & Raquet Club, c/o Austgen, Kuiper & Assoc, 130 N. Main,
     Crown Point, IN  46307
  Capital Recovery IV LLC, c/o Recovery Mgmt Systems, 25 SE 2nd Ave., Suite 1120, Miami, FL 33131
  CCSI,, P. O. Box 10428, Merrillville, IN 46411

Dated: August 22, 2011                                         /s/ Gordon E. Gouveia
                                                                      Gordon E. Gouveia, Trustee