UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE: |
FROST, ROY STANLEY, JR. |
FROST, MINDY ANN | CASE NO. 09-22921
      Debtor(s) | Chapter 7

### NOTICE TO DEPOSIT UNCLAIMED FUNDS

Comes now Gordon E. Gouveia, Trustee, and respectfully shows the Court as follows:

1. That on 7/21/11, the Trustee filed his Final Report.

2. That on 8/22/11, the Trustee disbursed funds, pursuant to the Distribution Summary filed with the Final Report.

3. One of said checks, namely Check No 104 dated 8/22/11, in the amount of 574.23 was mailed to the payee thereof, namely National City Bank, c/o Home Loan Services, Inc. 150 Allegheny Center Mall, 244-050, Pittsburgh, PA 15212; said check was returned stating loan was released to PNC Mortgage. The Trustee has made a significant effort to obtain information from PNC Mortgage with no success; pursuant to §347 of the Bankruptcy Code all unclaimed monies should be made payable to the Court; and accordingly I am tendering herewith my Check No.112 in said amount payable to the Clerk, U.S. Bankruptcy Court.

**WHEREFORE,** the Trustee, Gordon E. Gouveia, prays this Court for authorization to deposit the sum of $574.23 into the Treasury Fund 6047BK, on behalf of said creditor/debtor(s) and for all other just and proper relief.

/s/ Gordon E. Gouveia
GORDON E. GOUVEIA
GOUVEIA & ASSOCIATES
433 W. 84TH DRIVE
MERRILLVILLE, IN 46410
Telephone: (219)736-6020

### CERTIFICATE OF SERVICE

I certify that on this date service of a true and complete copy of the foregoing instrument was made on the following persons by electronic filing as shown on the Notice of Electronic Filing or by depositing the same in the United States Mail in a properly addressed and stamped envelope:

United States Trustee, 100 E. Wayne St., Ste. 555, South Bend, IN 46601
Dan L. Whitten, 6183 Central Avenue, , Portage, IN 46368
National City Bank, c/o Home Loan Services, Inc. 150 Allegheny Center Mall, 244-050, Pittsburgh, PA 15212

Dated: 10/26/11          /s/Gordon E. Gouveia
                                       Gordon E. Gouveia, Trustee